IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NELBA DEL CARMEN
MARTINEZ et al.,

      Plaintiffs,

v.

EXCEL HOSPITALITY, LLC d/b/a
Motel 6, Norcross, and SAJAAD
CHAUDRY,

      Defendants.

1:16-cv-1493-WSD

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Plaintiffs' Settlement [39] ("Motion"). The parties request that the Court review and approve the settlement reached after mediation with Magistrate Judge Janet F. King. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

The Court has reviewed the parties' Motion, the record, and the details of the settlement. The Court concludes that the terms of the settlement (1) are fair to the

named Plaintiffs; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that Plaintiffs' claims be fully and finally resolved.  The Court further finds that the settlement (1) arrived at a fair disposition of the claims and (2) arrived at a fair and reasonable settlement of the attorneys' fees and costs of litigation.  See generally Lynn's Food Stores, 679 F.2d at 1353.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Approval of Plaintiffs' Settlement [39] is **GRANTED**.  This matter shall remain administratively closed until Plaintiffs receive the full settlement payment from Defendants.  No later than thirty (30) days after the settlement payment is received, the parties shall file a stipulation of dismissal with prejudice or a status report regarding the settlement, with the right of any party to reopen the case if settlement is not concluded.

**SO ORDERED** this 9th day of August, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE